UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Helen Adams,

    Plaintiff,                      Case No. 11-13398

v.                                        Hon. Nancy G. Edmunds

General Motors Company,

    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Plaintiff's motion for summary judgment is DENIED on the administrative record [#12], Defendant's motion for entry of judgment [#15] is GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.

                                     s/Nancy G. Edmunds
                                     Nancy G. Edmunds
                                     United States District Judge

Dated:  July 12, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 12, 2012, by electronic and/or ordinary mail.

                                     s/Carol A. Hemeyer
                                     Case Manager